Thomas Naidell Boyce, Jr.  08739-015
USP Lee
US Penitentiary
Satellite Camp
P. O. Box 644
Jonesville, VA  24263

February 7, 2018



The Honorable Judge Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE  19801-3555

Dear Honorable Judge Richard G. Andrews:

    I am humbly submitting this letter as a formal request for an assessment or reevaluation of my sentence. My name is Thomas N. Boyce, Jr.  I am a former Delaware State Correctional Officer and on December 5, 2017, I appeared in your court for sentencing after entering a guilty plea for "Conspiracy to Commit Extortion under Color of Official Right".  I was sentenced to 36 months and began serving my time on January 2, 2018.

    On my sentencing day, my lawyer asked that I be housed as close as possible to my residence.  However, you made it perfectly clear that it was up to the Department of Justice where I would be located.  Sir, I am currently housed at a satellite camp at the USP Lee – United States Penitentiary in Jonesville, Virginia which is on the Kentucky border.  This camp is 8 hours driving time - one way from my home in Dover, Delaware.  This presents and added financial burden and stress on my family to visit me.  Your Honor, at sentencing, you also stressed that I be given the opportunity for work release to be included in my sentence so that I could return to my job; of which my employer is graciously holding open for me.  Your Honor, I am in the lowest security facility that the DOJ operates.  This satellite camp has no cells or fences.

    I am currently taking a CDL course.  Upon successful completion of this course on February 22, 2018, I will receive my license that will allow me to drive buses and trucks for the Penitentiary and the Satellite Camp.  The CDL license will also increase my potential for advanced career opportunities with my employer upon my eventual release.  However, according to my advisor, I am only eligible for a transfer after serving 18 months of my sentence.  Your Honor, I am humbly seeking your assistance.  At the completion of the 18 months, could you possibly recommend an alternate sentence within the guidelines of the law that would allow me to complete my final months on home confinement. Additionally, my advisor further advised me that I may not be eligible for residence at a half-way house because of my prior employment.  As a Correctional Officer, I may have encountered some of the residents, which would make it a security risk for me.

    Your Honor, I am not asking for any special favors.  On my sentencing day, you stated that you wanted me back to work as soon as possible.  I would just like to do my time, get back to my family and become a productive member of society again.  I would also like to add that on home confinement, I would still be under DOJ supervision.

    Your Honor, thank you for taking the time to consider my request and I look forward to hearing from you.

Sincerely and Humbly Submitted,


Thomas Naidell Boyce, Jr.

Thomas Doyle
USP LEE-CAMP
Jonesville Va. 24263

Honorable Judge Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE. 19801-3555

19801-357099