IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. Action. No. 17-39-RGA |
| ) | |
| THOMAS N. BOYCE, JR., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

I received a letter from Defendant. (D.I. 41). I recommended Defendant be housed in close proximity to Delaware. (Judgment, p.2). The Bureau of Prisons designated Defendant for Jonesville, Virginia. There probably are good reasons for that, but even if there were not, that is the division of authority in the federal system. I recommend, the Bureau of Prisons decides.

Defendant also asks that I modify the sentence. I do not have jurisdiction to do that. Fed. R. Crim. P. 35. Thus, I cannot do what Defendant asks even if I thought it were a good idea.

IT IS SO ORDERED this 23 day of February 2018.

_____
United States District Judge